DDJ MANAGEMENT, LLC, et al., Appellants, v RHONE GROUP L.L.C. et al., Respondents, et al., Defendants.

Submitted September 8, 2009; decided October 27, 2009

Reported below, 60 AD3d 421.

Motion by Loan Syndications and Trading Association et al. for leave to file a memorandum of law amici curiae on the motion for leave to appeal herein granted and the memorandum of law is accepted as filed, and for leave to file a brief amici curiae on the appeal herein granted, three copies of the brief to be served and an original and 24 copies filed within 30 days.

In the Matter of JORDAN, an Infant. FAMILY FOCUS ADOPTION SERVICES, INC., et al., Respondents; MARIA B., Appellant.

Submitted September 14, 2009; decided October 27, 2009

Reported below, 60 AD3d 764.

Motion by MFY Legal Services, Inc. for leave to file a brief amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.

In the Matter of JORDAN, an Infant. FAMILY FOCUS ADOPTION SERVICES, INC., et al., Respondents; MARIA B., Appellant.

Submitted September 14, 2009; decided October 27, 2009

Reported below, 60 AD3d 764.

Motion by NYS Kinship Navigator for leave to file a brief amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.